TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00227-CV

Lawrence E. Greenwood, Appellant

v.

Jeanne Greenwood, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 158,817-B, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 Because Lawrence E. Greenwood has neither paid for nor made arrangements to
pay for the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App.
P. 35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on April 11, 2000. By
letters dated May 4, 2000, the Clerk of this Court notified the district clerk's office of Bell County
that the clerk's record was overdue. Notice was received from the district clerk's office on May
9, 2000, and again on June 27, 2000, that the clerk's record had not been paid for, nor had
arrangements for payment been made.

 By letter dated June 8, 2000, appellant was requested to submit a status report
regarding this matter by June 23, 2000, and that failure to respond to this request would result in
this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond to
this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish